**Order entered June 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00126-CV

**SHEIK TEHUTI, Appellant**

**V.**

**TRANS-ATLAS FINANCIAL, ET AL., Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06496-C**

## ORDER

We **GRANT** appellant's June 4, 2014 motion to file an amended brief. We **ORDER** the amended brief tendered to this Court by appellant on June 4, 2014 filed as of the date of this order.

/s/ ADA BROWN
   JUSTICE